STATE, APPELLANT, v. LARSON, RESPONDENT.

(No. 7,756.)

(Submitted April 23, 1938. Decided May 4, 1938.)

[79 Pac. (2d) 316.]

(For syllabus see *State* v. *Williams,* ante, p. 516.)

*Mr. Thomas D. Long,* County Attorney for the State.

*Messrs. Walchli & Korn,* for Respondent.

Cause submitted on briefs and oral argument in *State* v. *Williams,* supra.

MR. JUSTICE ANGSTMAN delivered the ·opinion of the court.

This appeal presents the identical question involved in the case of *State* v. *Williams,* ante, p. 516, 79 Pac. (2d) 314, this day decided, and on the authority of that case the judgment in this case is affirmed.

MR. CHIEF JUSTICE SANDS and ASSOCIATE JUSTICES STEWART, ANDERSON and MORRIS concur.